JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE REMSEN,<br><br>    Petitioner,<br><br>    v.<br><br>KAMALA HARRIS, et. al.,<br><br>    Respondent. | Case No. CV 14-03536-GHK (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 11/30/14

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE